

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JORGE L. HERNANDEZ, | § | No. 08-20-00015-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| KING AEROSPACE, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2017-DCV-0334) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse and remand to the trial court with instructions to render judgment reinstating the jury's verdict in favor of Appellant, and to render judgment on that verdict consistent with this Court's opinion.

We further order that Appellant recover from Appellee all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF SEPTEMBER, 2022.


JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.